UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) 3:12-MD-02385-DRH-SCW ) ) MDL NO. 2385 ) ) CHIEF JUDGE DAVID R. HERNDON |
| *THIS DOCUMENT RELATES TO:* | |
| EVART CADDELL AND ESTELLA FAYE CADDELL, <br><br> PLAINTIFFS, <br><br> VS. <br><br> BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. AND BOEHRINGER INGELHEIM INTERNATIONAL GMBH, <br><br> DEFENDANTS. | ) DEFENDANT BOEHRINGER ) INGELHEIM PHARMACEUTICALS, ) INC.'S ANSWER TO PLAINTIFFS' ) AMENDED COMPLAINT ) ) JURY TRIAL DEMANDED ) ) CASE NO. 3:13-CV-51709-DRH-SCW ) ) ) ) ) ) ) |

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. (hereinafter "BIPI"), by and through its attorneys, hereby responds to Plaintiffs' Amended Complaint through this Short Form Answer, as provided in Case Management Order 40 (Defendants' Master Short Form Answers) (CMO-40, Case 3:12-md-02385-DRH-SCW, Doc. 234, entered 7/15/2013). Pursuant to CMO-40, BIPI hereby incorporates the General Denials, Limited Admissions and defenses in BIPI's Master Short Form Answer (CMO-40, Exhibit A).

Respectfully submitted, this the 21st day of March, 2014.

/s/ Eric E. Hudson
Eric E. Hudson (TN #022851)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Phone: (901) 680-7200
Fax: (901) 680-7201
eric.hudson@butlersnow.com

Dan H. Ball (#6192613)
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone: (314) 259-2000
Fax: (314) 259-2020
dhball@bryancave.com

Paul W. Schmidt (DC #472486)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Phone: (202) 662-6000
Fax: (202) 662-6291
pschmidt@cov.com

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1 and Case Management Order No.1, Paragraph 5, I hereby certify that a copy of the foregoing document was filed through the Court's ECF system. Notice of this filing will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Eric E. Hudson
Eric E. Hudson